# EXHIBIT 1

**EXHIBIT 1 – PSLRA CERTIFICATION**

## CERTIFICATION OF GENIUS GROUP LIMITED
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Roger Hamilton, on behalf of Genius Group Limited ("Genius"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1. I am the Chief Executive Officer of Genius. I have reviewed the complaint and am duly authorized to make this certification on behalf of Genius.

2. Genius did not purchase or acquire its own securities at the direction of counsel, or in order to participate in any private action.

3. Genius is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

4. Attached as Schedule A to this certification is a list of Genius' transactions during the relevant period in the securities that are the subject of this matter.

5. During the three-year period preceding the date of this certification, Genius has not sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws.

6. Genius will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate.

Executed this 14th day of November, 2025.

_____
Roger Hamilton, Chief Executive Officer
*Genius Group Limited*

## SCHEDULE A

## Transactions in Genius Group Limited (GNS)

| Transaction | Date | Shares | Price ($) |
|---|---|---|---|
| Issuance / Sale | 4/14/2022 | 3,763,636 | 6.00 |
| Issuance / Sale | 4/22/2022 | 980,000 | 6.00 |
| Issuance / Sale | 4/22/2022 | 20,000 | 6.00 |
| Issuance / Sale | 5/6/2022 | 149,776 | 6.00 |
| Issuance / Sale | 6/16/2022 | 681,462 | 5.81 |
| Issuance / Sale | 6/16/2022 | 192,305 | 5.81 |
| Issuance / Sale | 6/16/2022 | 141,382 | 5.81 |
| Issuance / Sale | 7/11/2022 | 2,278,056 | 5.81 |
| Issuance / Sale | 7/11/2022 | 328,236 | 5.81 |
| Issuance / Sale | 10/11/2022 | 1,692 | 6.00 |
| Issuance / Sale | 10/11/2022 | 844 | 6.00 |
| Issuance / Sale | 10/11/2022 | 844 | 6.00 |
| Issuance / Sale | 10/11/2022 | 2,538 | 6.00 |
| Issuance / Sale | 10/11/2022 | 1,861 | 6.00 |
| Issuance / Sale | 10/11/2022 | 16,875 | 6.00 |
| Issuance / Sale | 10/11/2022 | 990 | 6.00 |
| Issuance / Sale | 10/11/2022 | 9,281 | 6.00 |
| Issuance / Sale | 10/11/2022 | 2,538 | 6.00 |
| Issuance / Sale | 10/11/2022 | 332 | 6.00 |
| Issuance / Sale | 10/11/2022 | 167 | 6.00 |
| Issuance / Sale | 10/11/2022 | 244 | 6.00 |
| Issuance / Sale | 10/12/2022 | 10,000 | 6.00 |
| Issuance / Sale | 10/12/2022 | 186 | 5.81 |
| Issuance / Sale | 10/12/2022 | 774 | 5.81 |
| Issuance / Sale | 10/12/2022 | 222 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,674 | 5.81 |
| Issuance / Sale | 10/12/2022 | 2,538 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,128 | 5.81 |
| Issuance / Sale | 10/12/2022 | 333 | 6.00 |
| Issuance / Sale | 10/12/2022 | 4,692 | 5.81 |
| Issuance / Sale | 10/12/2022 | 8,136 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,308 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,830 | 5.81 |
| Issuance / Sale | 10/12/2022 | 2,226 | 5.81 |
| Issuance / Sale | 10/12/2022 | 162 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,668 | 5.81 |
| Issuance / Sale | 10/12/2022 | 228 | 5.81 |
| Issuance / Sale | 10/12/2022 | 618 | 5.81 |
| Issuance / Sale | 10/12/2022 | 167 | 6.00 |
| Issuance / Sale | 10/12/2022 | 708 | 5.81 |

| | | | |
|---|---|---|---|
| Issuance / Sale | 10/12/2022 | 83 | 6.00 |
| Issuance / Sale | 10/12/2022 | 833 | 6.00 |
| Issuance / Sale | 10/12/2022 | 167 | 6.00 |
| Issuance / Sale | 10/12/2022 | 1,296 | 5.81 |
| Issuance / Sale | 10/12/2022 | 8,500 | 6.00 |
| Issuance / Sale | 10/12/2022 | 167 | 6.00 |
| Issuance / Sale | 10/12/2022 | 3,333 | 6.00 |
| Issuance / Sale | 10/12/2022 | 1,667 | 6.00 |
| Issuance / Sale | 10/12/2022 | 333 | 6.00 |
| Issuance / Sale | 10/12/2022 | 618 | 5.81 |
| Issuance / Sale | 10/12/2022 | 822 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,854 | 5.81 |
| Issuance / Sale | 10/12/2022 | 846 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,818 | 5.81 |
| Issuance / Sale | 10/12/2022 | 83 | 6.00 |
| Issuance / Sale | 10/12/2022 | 1,167 | 6.00 |
| Issuance / Sale | 10/12/2022 | 9,864 | 5.81 |
| Issuance / Sale | 10/12/2022 | 417 | 5.81 |
| Issuance / Sale | 10/12/2022 | 6,000 | 5.81 |
| Issuance / Sale | 10/12/2022 | 762 | 5.81 |
| Issuance / Sale | 10/12/2022 | 492 | 5.81 |
| Issuance / Sale | 10/12/2022 | 204 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,272 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,002 | 5.81 |
| Issuance / Sale | 10/12/2022 | 162 | 5.81 |
| Issuance / Sale | 10/12/2022 | 833 | 5.81 |
| Issuance / Sale | 10/12/2022 | 726 | 5.81 |
| Issuance / Sale | 10/12/2022 | 183 | 5.81 |
| Issuance / Sale | 10/12/2022 | 833 | 6.00 |
| Issuance / Sale | 10/12/2022 | 1,698 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,667 | 6.00 |
| Issuance / Sale | 10/12/2022 | 198 | 5.81 |
| Issuance / Sale | 10/12/2022 | 228 | 5.81 |
| Issuance / Sale | 10/12/2022 | 167 | 5.81 |
| Issuance / Sale | 10/12/2022 | 833 | 5.81 |
| Issuance / Sale | 10/12/2022 | 217 | 5.81 |
| Issuance / Sale | 10/12/2022 | 42 | 5.81 |
| Issuance / Sale | 10/12/2022 | 6,000 | 5.81 |
| Issuance / Sale | 10/12/2022 | 300 | 5.81 |
| Issuance / Sale | 10/12/2022 | 600 | 5.81 |
| Issuance / Sale | 10/12/2022 | 702 | 5.81 |
| Issuance / Sale | 10/12/2022 | 5,000 | 6.00 |
| Issuance / Sale | 10/12/2022 | 54 | 6.00 |
| Issuance / Sale | 10/12/2022 | 42 | 6.00 |
| Issuance / Sale | 10/12/2022 | 6,000 | 5.81 |

| Issuance / Sale | 10/12/2022 | 217 | 6.00 |
| --- | --- | --- | --- |
| Issuance / Sale | 10/12/2022 | 1,956 | 5.81 |
| Issuance / Sale | 10/12/2022 | 917 | 6.00 |
| Issuance / Sale | 10/12/2022 | 108 | 5.81 |
| Issuance / Sale | 10/12/2022 | 798 | 5.81 |
| Issuance / Sale | 10/12/2022 | 6,667 | 6.00 |
| Issuance / Sale | 10/12/2022 | 283 | 6.00 |
| Issuance / Sale | 10/12/2022 | 833 | 6.00 |
| Issuance / Sale | 10/12/2022 | 1,128 | 5.81 |
| Issuance / Sale | 10/12/2022 | 833 | 6.00 |
| Issuance / Sale | 10/12/2022 | 1,296 | 5.81 |
| Issuance / Sale | 10/12/2022 | 17,207 | 5.81 |
| Issuance / Sale | 10/12/2022 | 774 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,758 | 5.81 |
| Issuance / Sale | 10/12/2022 | 510 | 5.81 |
| Issuance / Sale | 10/12/2022 | 167 | 6.00 |
| Issuance / Sale | 10/12/2022 | 18 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,000 | 6.00 |
| Issuance / Sale | 10/12/2022 | 1,248 | 5.81 |
| Issuance / Sale | 10/12/2022 | 917 | 6.00 |
| Issuance / Sale | 10/12/2022 | 390 | 5.81 |
| Issuance / Sale | 10/12/2022 | 500 | 5.81 |
| Issuance / Sale | 10/12/2022 | 1,128 | 5.81 |
| Issuance / Sale | 10/12/2022 | 833 | 6.00 |
| Issuance / Sale | 10/31/2022 | 8,167 | 7.14 |
| Issuance / Sale | 10/31/2022 | 40,835 | 7.14 |
| Issuance / Sale | 11/4/2022 | 100,301 | 1.29 |
| Issuance / Sale | 11/7/2022 | 43,014 | 6.00 |
| Issuance / Sale | 11/7/2022 | 43,014 | 6.00 |
| Issuance / Sale | 11/9/2022 | 4,167 | 6.00 |
| Issuance / Sale | 11/9/2022 | 580,271 | 5.17 |
| Issuance / Sale | 11/9/2022 | 580,271 | 5.17 |
| Issuance / Sale | 11/9/2022 | 96,712 | 5.17 |
| Issuance / Sale | 11/9/2022 | 96,712 | 5.17 |
| Issuance / Sale | 11/17/2022 | 50,362 | 0.68 |
| Issuance / Sale | 11/17/2022 | 75,918 | 0.53 |
| Issuance / Sale | 11/22/2022 | 151,762 | 0.44 |
| Issuance / Sale | 12/5/2022 | 152,730 | 0.42 |
| Issuance / Sale | 12/5/2022 | 250,068 | 0.42 |
| Issuance / Sale | 12/5/2022 | 150,041 | 0.42 |
| Issuance / Sale | 12/5/2022 | 150,041 | 0.42 |
| Issuance / Sale | 12/5/2022 | 128,406 | 0.42 |
| Issuance / Sale | 12/12/2022 | 153,597 | 0.31 |
| Issuance / Sale | 12/21/2022 | 152,664 | 0.29 |
| Issuance / Sale | 1/12/2023 | 227,523 | 0.29 |

| | | | |
|---|---|---|---|
| Issuance / Sale | 1/17/2023 | 904,894 | 0.29 |
| Issuance / Sale | 1/17/2023 | 604,104 | 0.29 |
| Issuance / Sale | 1/18/2023 | 1,500,227 | 0.29 |
| Issuance / Sale | 1/18/2023 | 1,996,564 | 0.29 |
| Issuance / Sale | 1/19/2023 | 998,423 | 0.29 |
| Issuance / Sale | 1/19/2023 | 499,078 | 0.29 |
| Issuance / Sale | 1/20/2023 | 2,495,161 | 0.29 |
| Issuance / Sale | 1/20/2023 | 820,961 | 0.29 |
| Issuance / Sale | 2/7/2023 | 63,291 | 0.40 |
| Issuance / Sale | 3/27/2023 | 11,013 | 2.28 |
| Issuance / Sale | 3/29/2023 | 1,203,723 | 0.32 |
| Issuance / Sale | 3/29/2023 | 1,204,614 | 0.32 |
| Issuance / Sale | 3/29/2023 | 4,809 | 3.12 |
| Issuance / Sale | 4/3/2023 | 1,202,174 | 0.32 |
| Issuance / Sale | 4/11/2023 | 1,203,185 | 0.32 |
| Issuance / Sale | 4/13/2023 | 1,204,683 | 0.32 |
| Issuance / Sale | 4/17/2023 | 1,201,631 | 0.32 |
| Issuance / Sale | 4/19/2023 | 904,271 | 0.32 |
| Issuance / Sale | 4/20/2023 | 870,560 | 0.32 |
| Issuance / Sale | 5/3/2023 | 800,575 | 0.32 |
| Issuance / Sale | 5/23/2023 | 11,161 | 0.90 |
| Issuance / Sale | 5/24/2023 | 58,886 | 0.85 |
| Issuance / Sale | 6/6/2023 | 77,373 | 0.32 |
| Issuance / Sale | 6/7/2023 | 967,702 | 0.32 |
| Issuance / Sale | 6/14/2023 | 1,189,147 | 0.32 |
| Issuance / Sale | 6/22/2023 | 970,362 | 0.32 |
| Issuance / Sale | 7/31/2023 | 182,696 | 0.49 |
| Issuance / Sale | 8/1/2023 | 210,157 | 0.49 |
| Issuance / Sale | 8/1/2023 | 100,050 | 0.54 |
| Issuance / Sale | 8/2/2023 | 200,747 | 0.14 |
| Issuance / Sale | 8/3/2023 | 335,666 | 0.49 |
| Issuance / Sale | 8/4/2023 | 7,508,926 | 0.49 |
| Issuance / Sale | 8/7/2023 | 1,204,104 | 0.50 |
| Issuance / Sale | 8/7/2023 | 1,313,658 | 0.50 |
| Issuance / Sale | 8/7/2023 | 524,818 | 0.50 |
| Issuance / Sale | 8/8/2023 | 1,004,034 | 0.50 |
| Issuance / Sale | 8/9/2023 | 752,149 | 0.50 |
| Issuance / Sale | 8/10/2023 | 1,632,203 | 0.50 |
| Issuance / Sale | 8/11/2023 | 753,898 | 0.50 |
| Issuance / Sale | 8/14/2023 | 2,761,321 | 0.50 |
| Issuance / Sale | 8/15/2023 | 2,006,069 | 0.50 |
| Issuance / Sale | 8/16/2023 | 237,561 | 0.50 |
| Issuance / Sale | 8/17/2023 | 351,085 | 0.50 |
| Issuance / Sale | 8/18/2023 | 350,994 | 0.50 |
| Issuance / Sale | 8/21/2023 | 350,904 | 0.50 |

| Issuance / Sale | 8/22/2023 | 310,399 | 0.50 |
| --- | --- | --- | --- |
| Issuance / Sale | 8/29/2023 | 101,255 | 0.50 |
| Issuance / Sale | 1/17/2024 | 20,714,286 | 0.35 |
| Issuance / Sale | 2/12/2024 | 50,000 | 0.35 |
| Issuance / Sale | 2/20/2024 | 2,857,143 | 0.35 |
| Issuance / Sale | 3/19/2024 | 1,375,000 | 0.35 |
| Issuance / Sale | 3/19/2024 | 920,980 | 0.35 |
| Issuance / Sale | 3/19/2024 | 11,429 | 0.35 |
| Issuance / Sale | 3/19/2024 | 11,429 | 0.35 |
| Issuance / Sale | 3/20/2024 | 1,625,000 | 0.35 |
| Issuance / Sale | 3/20/2024 | 700,000 | 0.35 |
| Issuance / Sale | 3/25/2024 | 1,000,000 | 0.35 |
| Issuance / Sale | 3/25/2024 | 857,144 | 0.35 |
| Issuance / Sale | 3/26/2024 | 50,000 | 0.35 |
| Issuance / Sale | 3/26/2024 | 15,000 | 0.35 |
| Issuance / Sale | 3/26/2024 | 20,000 | 6.00 |
| Issuance / Sale | 4/9/2024 | 584,274 | 0.35 |
| Issuance / Sale | 4/17/2024 | 73,873,784 | 0.40 |
| Issuance / Sale | 5/22/2024 | 10,950,451 | 0.35 |
| Issuance / Sale[1] | 9/12/2024 | 25,000 | 3.83 |
| Issuance / Sale | 9/12/2024 | 8,487 | 5.22 |
| Issuance / Sale | 9/17/2024 | 16,769 | 0.81 |
| Issuance / Sale | 9/17/2024 | 186,978 | 0.87 |
| Issuance / Sale | 9/18/2024 | 140,076 | 0.96 |
| Issuance / Sale | 9/19/2024 | 44,746 | 0.89 |
| Issuance / Sale | 9/20/2024 | 9,251 | 0.83 |
| Issuance / Sale | 9/24/2024 | 23,658 | 0.72 |
| Issuance / Sale | 10/9/2024 | 81,060 | 0.80 |
| Issuance / Sale | 10/16/2024 | 32,748 | 0.82 |
| Issuance / Sale | 10/17/2024 | 70,467 | 0.74 |
| Issuance / Sale | 10/18/2024 | 70,160 | 0.71 |
| Issuance / Sale | 10/21/2024 | 58,490 | 0.73 |
| Issuance / Sale | 10/22/2024 | 104,545 | 0.70 |
| Issuance / Sale | 10/23/2024 | 17,793 | 0.70 |
| Issuance / Sale | 10/24/2024 | 36,500 | 0.68 |
| Issuance / Sale | 10/25/2024 | 85,200 | 0.66 |
| Issuance / Sale | 10/28/2024 | 592,710 | 0.72 |
| Issuance / Sale | 10/29/2024 | 146,321 | 0.70 |
| Issuance / Sale | 10/30/2024 | 153,803 | 0.72 |
| Issuance / Sale | 10/31/2024 | 59,612 | 0.73 |
| Issuance / Sale | 11/1/2024 | 600 | 0.70 |
| Issuance / Sale | 11/5/2024 | 64,511 | 0.58 |
| Issuance / Sale | 11/5/2024 | 500,000 | 0.91 |

---

[1] On August 16, 2024, a 1-for-10 reverse stock split took effect, consolidating every 10 shares into 1 share.

| | | | |
|---|---|---|---|
| Issuance / Sale | 11/6/2024 | 73,711 | 0.57 |
| Issuance / Sale | 11/7/2024 | 65,080 | 0.57 |
| Issuance / Sale | 11/8/2024 | 69,969 | 0.56 |
| Issuance / Sale | 11/12/2024 | 68,682 | 0.53 |
| Issuance / Sale | 11/13/2024 | 12,140,631 | 1.00 |
| Issuance / Sale | 11/14/2024 | 8,000,000 | 1.19 |
| Issuance / Sale | 11/15/2024 | 777,893 | 0.91 |
| Issuance / Sale | 11/18/2024 | 293,676 | 0.92 |
| Issuance / Sale | 11/19/2024 | 502,599 | 0.93 |
| Issuance / Sale | 11/20/2024 | 1,287,418 | 1.02 |
| Issuance / Sale | 11/21/2024 | 124,239 | 1.10 |
| Issuance / Sale | 11/22/2024 | 412,759 | 0.98 |
| Issuance / Sale | 11/25/2024 | 54,870 | 0.90 |
| Issuance / Sale | 11/25/2024 | 5,032,753 | 0.69 |
| Issuance / Sale | 11/26/2024 | 24,520 | 0.90 |
| Issuance / Sale | 12/3/2024 | 848,263 | 0.74 |
| Issuance / Sale | 12/4/2024 | 736,437 | 0.84 |
| Issuance / Sale | 12/5/2024 | 539,862 | 0.80 |
| Issuance / Sale | 12/6/2024 | 801,569 | 0.87 |
| Issuance / Sale | 12/9/2024 | 414,456 | 0.82 |
| Issuance / Sale | 12/11/2024 | 517,215 | 0.82 |
| Issuance / Sale | 12/11/2024 | 382,175 | 0.77 |
| Issuance / Sale | 12/12/2024 | 301,300 | 0.75 |
| Issuance / Sale | 12/13/2024 | 418,547 | 0.70 |
| Issuance / Sale | 12/18/2024 | 324,115 | 0.72 |
| Issuance / Sale | 12/19/2024 | 378,800 | 0.68 |
| Issuance / Sale | 12/20/2024 | 495,258 | 0.59 |
| Issuance / Sale | 12/23/2024 | 322,279 | 0.58 |
| Issuance / Sale | 12/24/2024 | 111,563 | 0.55 |
| Issuance / Sale | 12/26/2024 | 2,440 | 0.55 |
| Issuance / Sale | 12/27/2024 | 255,416 | 0.57 |
| Issuance / Sale | 12/31/2024 | 1,272,940 | 0.70 |
| Issuance / Sale | 1/2/2025 | 504,532 | 0.68 |
| Issuance / Sale | 1/3/2025 | 281,363 | 0.65 |
| Issuance / Sale | 1/3/2025 | 34,650 | 0.72 |
| Issuance / Sale | 1/3/2025 | 34,650 | 0.72 |
| Issuance / Sale | 1/3/2025 | 32,333 | 0.77 |
| Issuance / Sale | 1/6/2025 | 414,833 | 0.68 |
| Issuance / Sale | 1/7/2025 | 200,354 | 0.74 |
| Issuance / Sale | 1/8/2025 | 171,860 | 0.68 |
| Issuance / Sale | 1/9/2025 | 168,431 | 0.63 |
| Issuance / Sale | 1/15/2025 | 418,892 | 0.66 |
| Issuance / Sale | 1/16/2025 | 298,447 | 0.61 |
| Issuance / Sale | 1/17/2025 | 198,900 | 0.58 |
| Issuance / Sale | 1/21/2025 | 399,021 | 0.65 |

| Issuance / Sale | 1/21/2025 | 500,000 | 0.91 |
| --- | --- | --- | --- |
| Issuance / Sale | 1/22/2025 | 246,962 | 0.66 |
| Issuance / Sale | 1/23/2025 | 218,799 | 0.65 |
| Issuance / Sale | 1/23/2025 | 48,703 | 0.82 |
| Issuance / Sale | 1/24/2025 | 182,000 | 0.65 |
| Issuance / Sale | 1/27/2025 | 230,062 | 0.60 |
| Issuance / Sale | 2/4/2025 | 204,185 | 0.44 |
| Issuance / Sale | 2/5/2025 | 153,000 | 0.44 |
| Issuance / Sale | 2/6/2025 | 158,275 | 0.42 |
| Issuance / Sale | 2/7/2025 | 185,400 | 0.41 |
| Issuance / Sale | 2/10/2025 | 152,152 | 0.42 |
| Issuance / Sale | 2/11/2025 | 300,610 | 0.39 |
| Issuance / Sale | 2/12/2025 | 241,520 | 0.33 |
| Issuance / Sale | 2/14/2025 | 791,408 | 0.45 |
| Issuance / Sale | 2/18/2025 | 458,923 | 0.48 |
| Issuance / Sale | 5/20/2025 | 83,000 | 0.37 |
| Issuance / Sale | 5/21/2025 | 73,800 | 0.70 |
| Issuance / Sale | 5/22/2025 | 423,845 | 0.40 |
| Issuance / Sale | 5/23/2025 | 2,629,515 | 0.44 |