# EXHIBIT 2

**EXHIBIT 2 – TABLE OF SPOOFING EVENTS**

| Date | Spoof Buy Count | Spoof Sell Count | Spoof Total |
|---|---|---|---|
| 04/18/22 | 411 | 365 | 776 |
| 04/19/22 | 386 | 296 | 682 |
| 04/20/22 | 304 | 397 | 701 |
| 04/21/22 | 537 | 136 | 673 |
| 04/22/22 | 1,757 | 1,817 | 3,574 |
| 04/25/22 | 115 | 274 | 389 |
| 04/26/22 | 300 | 326 | 626 |
| 04/27/22 | 1,873 | 1,921 | 3,794 |
| 04/28/22 | 425 | 471 | 896 |
| 04/29/22 | 760 | 1,464 | 2,224 |
| 05/02/22 | 113 | 322 | 435 |
| 05/03/22 | 1,650 | 1,379 | 3,029 |
| 05/04/22 | 510 | 499 | 1,009 |
| 05/05/22 | 294 | 518 | 812 |
| 05/06/22 | 138 | 305 | 443 |
| 05/09/22 | 149 | 182 | 331 |
| 05/10/22 | 182 | 255 | 437 |
| 05/11/22 | 288 | 303 | 591 |
| 05/12/22 | 152 | 190 | 342 |
| 05/13/22 | 63 | 29 | 92 |
| 05/16/22 | 29 | 42 | 71 |
| 05/17/22 | 57 | 112 | 169 |
| 05/18/22 | 38 | 15 | 53 |
| 05/19/22 | 359 | 327 | 686 |
| 05/20/22 | 76 | 241 | 317 |
| 05/23/22 | 19 | 3 | 22 |
| 05/24/22 | 30 | 24 | 54 |
| 05/25/22 | 51 | 90 | 141 |
| 05/26/22 | 93 | 99 | 192 |
| 05/27/22 | 57 | 66 | 123 |
| 05/31/22 | 173 | 358 | 531 |
| 06/01/22 | 18 | 72 | 90 |
| 06/02/22 | 149 | 106 | 255 |
| 06/03/22 | 287 | 73 | 360 |
| 06/06/22 | 136 | 189 | 325 |
| 06/07/22 | 164 | 251 | 415 |
| 06/08/22 | 67 | 146 | 213 |
| 06/09/22 | 29 | 252 | 281 |
| 06/10/22 | 39 | 20 | 59 |
| 06/13/22 | 37 | 70 | 107 |
| 06/14/22 | 229 | 123 | 352 |
| 06/15/22 | 35 | 57 | 92 |
| 06/16/22 | 20 | 29 | 49 |
| 06/17/22 | 31 | 20 | 51 |
| 06/21/22 | 130 | 182 | 312 |
| 06/22/22 | 107 | 178 | 285 |
| 06/23/22 | 73 | 397 | 470 |
| 06/24/22 | 69 | 441 | 510 |
| 06/27/22 | 479 | 302 | 781 |
| 06/28/22 | 329 | 248 | 577 |
| 06/29/22 | 70 | 234 | 304 |
| 06/30/22 | 155 | 248 | 403 |
| 07/01/22 | 611 | 151 | 762 |
| 07/05/22 | 176 | 377 | 553 |
| 07/06/22 | 336 | 387 | 723 |
| 07/07/22 | 210 | 384 | 594 |
| 07/08/22 | 132 | 367 | 499 |
| 07/11/22 | 119 | 381 | 500 |
| 07/12/22 | 1,056 | 736 | 1,792 |
| 07/13/22 | 1,200 | 1,595 | 2,795 |
| 07/14/22 | 862 | 1,589 | 2,451 |
| 07/15/22 | 175 | 405 | 580 |
| 07/18/22 | 475 | 1,527 | 2,002 |
| 07/19/22 | 680 | 852 | 1,532 |
| 07/20/22 | 1,048 | 522 | 1,570 |
| 07/21/22 | 675 | 589 | 1,264 |
| 07/22/22 | 714 | 1,134 | 1,848 |

| Date | | | | Date | | | |
|---|---|---|---|---|---|---|---|
| 07/25/22 | 417 | 814 | 1,231 | 09/15/22 | 131 | 254 | 385 |
| 07/26/22 | 347 | 325 | 672 | 09/16/22 | 112 | 310 | 422 |
| 07/27/22 | 473 | 331 | 804 | 09/19/22 | 219 | 84 | 303 |
| 07/28/22 | 150 | 284 | 434 | 09/20/22 | 76 | 208 | 284 |
| 07/29/22 | 220 | 198 | 418 | 09/21/22 | 170 | 119 | 289 |
| 08/01/22 | 234 | 359 | 593 | 09/22/22 | 171 | 142 | 313 |
| 08/02/22 | 329 | 347 | 676 | 09/23/22 | 16 | 66 | 82 |
| 08/03/22 | 230 | 283 | 513 | 09/26/22 | 68 | 251 | 319 |
| 08/04/22 | 392 | 381 | 773 | 09/27/22 | 80 | 95 | 175 |
| 08/05/22 | 167 | 99 | 266 | 09/28/22 | 33 | 91 | 124 |
| 08/08/22 | 188 | 240 | 428 | 09/29/22 | 123 | 72 | 195 |
| 08/09/22 | 338 | 303 | 641 | 09/30/22 | 92 | 126 | 218 |
| 08/10/22 | 199 | 66 | 265 | 10/03/22 | 11 | 20 | 31 |
| 08/11/22 | 225 | 121 | 346 | 10/04/22 | 9 | 13 | 22 |
| 08/12/22 | 313 | 28 | 341 | 10/05/22 | 93 | 50 | 143 |
| 08/15/22 | 173 | 8 | 181 | 10/06/22 | 27 | 26 | 53 |
| 08/16/22 | 320 | 46 | 366 | 10/07/22 | 17 | 89 | 106 |
| 08/17/22 | 161 | 20 | 181 | 10/10/22 | 32 | 66 | 98 |
| 08/18/22 | 672 | 37 | 709 | 10/11/22 | 13 | 73 | 86 |
| 08/19/22 | 377 | 108 | 485 | 10/12/22 | 7 | 22 | 29 |
| 08/22/22 | 256 | 303 | 559 | 10/13/22 | 33 | 27 | 60 |
| 08/23/22 | 173 | 136 | 309 | 10/14/22 | 31 | 55 | 86 |
| 08/24/22 | 373 | 267 | 640 | 10/17/22 | 5 | 24 | 29 |
| 08/25/22 | 519 | 301 | 820 | 10/18/22 | 7 | 34 | 41 |
| 08/26/22 | 388 | 513 | 901 | 10/19/22 | 11 | 8 | 19 |
| 08/29/22 | 345 | 766 | 1,111 | 10/20/22 | 336 | 11 | 347 |
| 08/30/22 | 282 | 213 | 495 | 10/21/22 | 30 | 49 | 79 |
| 08/31/22 | 258 | 756 | 1,014 | 10/24/22 | 6 | 31 | 37 |
| 09/01/22 | 303 | 501 | 804 | 10/25/22 | 1 | 3 | 4 |
| 09/02/22 | 135 | 397 | 532 | 10/26/22 | 154 | 130 | 284 |
| 09/06/22 | 235 | 352 | 587 | 10/27/22 | 113 | 383 | 496 |
| 09/07/22 | 341 | 482 | 823 | 10/28/22 | 106 | 168 | 274 |
| 09/08/22 | 334 | 372 | 706 | 10/31/22 | 70 | 150 | 220 |
| 09/09/22 | 683 | 643 | 1,326 | 11/01/22 | 7 | 27 | 34 |
| 09/12/22 | 388 | 407 | 795 | 11/02/22 | 4 | 36 | 40 |
| 09/13/22 | 504 | 344 | 848 | 11/03/22 | 9 | 40 | 49 |
| 09/14/22 | 83 | 95 | 178 | 11/04/22 | 2 | 29 | 31 |

| Date | | | | Date | | | |
|---|---|---|---|---|---|---|---|
| 11/07/22 | 11 | 33 | 44 | 12/20/22 | 3 | 2 | 5 |
| 11/08/22 | - | 18 | 18 | 12/21/22 | - | 4 | 4 |
| 11/09/22 | 1 | 26 | 27 | 12/22/22 | - | 2 | 2 |
| 11/10/22 | - | 33 | 33 | 12/23/22 | - | 2 | 2 |
| 11/11/22 | 3 | 21 | 24 | 12/27/22 | - | 7 | 7 |
| 11/14/22 | 2 | 32 | 34 | | | | |
| 11/15/22 | 4 | 41 | 45 | 12/28/22 | - | 13 | 13 |
| 11/16/22 | 1 | 8 | 9 | 12/29/22 | 1 | 17 | 18 |
| 11/17/22 | - | 1 | 1 | 12/30/22 | 1 | 4 | 5 |
| 11/18/22 | - | 3 | 3 | 01/03/23 | - | 2 | 2 |
| 11/21/22 | 1 | 2 | 3 | 01/04/23 | 1 | 5 | 6 |
| 11/22/22 | - | 1 | 1 | 01/05/23 | - | 9 | 9 |
| 11/23/22 | - | 10 | 10 | 01/06/23 | 1 | 9 | 10 |
| 11/25/22 | 4 | 5 | 9 | 01/09/23 | 8 | 35 | 43 |
| 11/29/22 | - | 14 | 14 | 01/10/23 | - | 2 | 2 |
| 11/30/22 | 25 | 124 | 149 | 01/11/23 | - | 11 | 11 |
| 12/01/22 | 12 | 23 | 35 | 01/12/23 | 2 | 7 | 9 |
| 12/02/22 | 2 | 59 | 61 | 01/13/23 | 14 | 33 | 47 |
| 12/05/22 | 1 | 6 | 7 | 01/17/23 | 35 | 80 | 115 |
| 12/06/22 | - | 26 | 26 | 01/18/23 | 18 | 12 | 30 |
| 12/07/22 | 6 | 11 | 17 | 01/19/23 | 5,818 | 6,053 | 11,871 |
| 12/08/22 | 4 | 11 | 15 | 01/20/23 | 76,563 | 77,156 | 153,719 |
| 12/09/22 | - | 11 | 11 | 01/23/23 | 42,676 | 39,765 | 82,441 |
| 12/12/22 | 1 | 4 | 5 | 01/24/23 | 17,598 | 9,118 | 26,716 |
| | | | | 01/25/23 | 24,072 | 15,927 | 39,999 |
| 12/13/22 | - | 13 | 13 | 01/26/23 | 16,069 | 10,421 | 26,490 |
| 12/14/22 | - | 5 | 5 | 01/27/23 | 15,689 | 8,762 | 24,451 |
| | | | | 01/30/23 | 65,840 | 37,616 | 103,456 |
| 12/15/22 | - | 14 | 14 | 01/31/23 | 20,610 | 16,641 | 37,251 |
| | | | | 02/01/23 | 4,295 | 5,803 | 10,098 |
| 12/16/22 | - | 1 | 1 | 02/02/23 | 26,365 | 6,747 | 33,112 |
| | | | | 02/03/23 | 3,172 | 1,396 | 4,568 |

| Date | | | | Date | | | |
|---|---:|---:|---:|---|---:|---:|---:|
| 02/06/23 | 7,160 | 3,291 | 10,451 | 03/30/23 | 1,509 | 1,420 | 2,929 |
| 02/07/23 | 7,224 | 11,097 | 18,321 | 03/31/23 | 1,354 | 1,020 | 2,374 |
| 02/08/23 | 3,639 | 1,955 | 5,594 | 04/03/23 | 1,133 | 1,034 | 2,167 |
| 02/09/23 | 1,931 | 1,135 | 3,066 | 04/04/23 | 663 | 621 | 1,284 |
| 02/10/23 | 8,271 | 7,338 | 15,609 | 04/05/23 | 631 | 214 | 845 |
| 02/13/23 | 3,518 | 1,513 | 5,031 | 04/06/23 | 1,034 | 1,338 | 2,372 |
| 02/14/23 | 10,876 | 8,017 | 18,893 | 04/10/23 | 428 | 748 | 1,176 |
| 02/15/23 | 6,058 | 7,453 | 13,511 | 04/11/23 | 397 | 394 | 791 |
| 02/16/23 | 8,871 | 9,194 | 18,065 | 04/12/23 | 4,678 | 4,852 | 9,530 |
| 02/17/23 | 2,013 | 1,571 | 3,584 | 04/13/23 | 483 | 836 | 1,319 |
| 02/21/23 | 1,117 | 1,412 | 2,529 | 04/14/23 | 1,433 | 956 | 2,389 |
| 02/22/23 | 1,016 | 708 | 1,724 | 04/17/23 | 889 | 862 | 1,751 |
| 02/23/23 | 520 | 449 | 969 | 04/18/23 | 693 | 2,035 | 2,728 |
| 02/24/23 | 876 | 262 | 1,138 | 04/19/23 | 1,848 | 1,322 | 3,170 |
| 02/27/23 | 690 | 340 | 1,030 | 04/20/23 | 1,005 | 561 | 1,566 |
| 02/28/23 | 1,253 | 434 | 1,687 | 04/21/23 | 183 | 654 | 837 |
| 03/01/23 | 1,175 | 499 | 1,674 | 04/24/23 | 190 | 259 | 449 |
| 03/02/23 | 711 | 406 | 1,117 | 04/25/23 | 151 | 187 | 338 |
| 03/03/23 | 16,289 | 4,772 | 21,061 | 04/26/23 | 144 | 78 | 222 |
| 03/06/23 | 21,862 | 12,512 | 34,374 | 04/27/23 | 115 | 366 | 481 |
| 03/07/23 | 2,044 | 3,393 | 5,437 | 04/28/23 | 45 | 46 | 91 |
| 03/08/23 | 1,806 | 1,502 | 3,308 | 05/01/23 | 567 | 561 | 1,128 |
| 03/09/23 | 911 | 1,487 | 2,398 | 05/02/23 | 194 | 774 | 968 |
| 03/10/23 | 827 | 864 | 1,691 | 05/03/23 | 220 | 159 | 379 |
| 03/13/23 | 1,864 | 1,548 | 3,412 | 05/04/23 | 136 | 423 | 559 |
| 03/14/23 | 3,318 | 2,967 | 6,285 | 05/05/23 | 547 | 390 | 937 |
| 03/15/23 | 1,121 | 1,173 | 2,294 | 05/08/23 | 724 | 567 | 1,291 |
| 03/16/23 | 1,186 | 2,530 | 3,716 | 05/09/23 | 178 | 163 | 341 |
| 03/17/23 | 1,059 | 756 | 1,815 | 05/10/23 | 150 | 486 | 636 |
| 03/20/23 | 1,416 | 979 | 2,395 | 05/11/23 | 113 | 180 | 293 |
| 03/21/23 | 3,319 | 3,297 | 6,616 | 05/12/23 | 126 | 237 | 363 |
| 03/22/23 | 1,132 | 839 | 1,971 | 05/15/23 | 136 | 155 | 291 |
| 03/23/23 | 1,266 | 1,522 | 2,788 | 05/16/23 | 260 | 626 | 886 |
| 03/24/23 | 1,373 | 2,087 | 3,460 | 05/17/23 | 114 | 361 | 475 |
| 03/27/23 | 421 | 448 | 869 | 05/18/23 | 107 | 151 | 258 |
| 03/28/23 | 872 | 1,000 | 1,872 | 05/19/23 | 92 | 112 | 204 |
| 03/29/23 | 3,796 | 3,740 | 7,536 | 05/22/23 | 160 | 86 | 246 |

| Date | | | | Date | | | |
|---|---|---|---|---|---|---|---|
| 05/23/23 | 102 | 50 | 152 | 07/18/23 | 56 | 31 | 87 |
| 05/24/23 | 85 | 79 | 164 | 07/19/23 | 22 | 25 | 47 |
| 05/25/23 | 39 | 96 | 135 | 07/20/23 | 32 | 25 | 57 |
| 05/26/23 | 153 | 70 | 223 | 07/21/23 | 21 | 54 | 75 |
| 05/30/23 | 177 | 44 | 221 | 07/24/23 | 87 | 25 | 112 |
| 05/31/23 | 58 | 30 | 88 | 07/25/23 | 42 | 17 | 59 |
| 06/01/23 | 40 | 93 | 133 | 07/26/23 | 19 | 21 | 40 |
| 06/02/23 | 120 | 58 | 178 | 07/27/23 | 46 | 41 | 87 |
| 06/05/23 | 129 | 125 | 254 | 07/28/23 | 7 | 21 | 28 |
| 06/06/23 | 249 | 197 | 446 | 07/31/23 | 5 | 15 | 20 |
| 06/07/23 | 174 | 122 | 296 | 08/01/23 | 4 | 46 | 50 |
| 06/08/23 | 96 | 155 | 251 | 08/02/23 | 28 | 137 | 165 |
| 06/09/23 | 85 | 59 | 144 | 08/03/23 | 1,288 | 1,918 | 3,206 |
| 06/12/23 | 92 | 45 | 137 | 08/04/23 | 276 | 211 | 487 |
| 06/13/23 | 139 | 54 | 193 | 08/07/23 | 251 | 160 | 411 |
| 06/14/23 | 106 | 112 | 218 | 08/08/23 | 380 | 148 | 528 |
| 06/15/23 | 44 | 63 | 107 | 08/09/23 | 703 | 347 | 1,050 |
| 06/16/23 | 174 | 75 | 249 | 08/10/23 | 776 | 297 | 1,073 |
| 06/20/23 | 99 | 34 | 133 | 08/11/23 | 14,021 | 13,086 | 27,107 |
| 06/21/23 | 121 | 108 | 229 | 08/14/23 | 11,666 | 9,826 | 21,492 |
| 06/22/23 | 161 | 114 | 275 | 08/15/23 | 5,577 | 4,032 | 9,609 |
| 06/23/23 | 125 | 110 | 235 | 08/16/23 | 3,302 | 4,248 | 7,550 |
| 06/26/23 | 71 | 44 | 115 | 08/17/23 | 3,183 | 5,214 | 8,397 |
| 06/27/23 | 70 | 70 | 140 | 08/18/23 | 6,486 | 5,402 | 11,888 |
| 06/28/23 | 53 | 75 | 128 | 08/21/23 | 8,360 | 9,181 | 17,541 |
| 06/29/23 | 34 | 141 | 175 | 08/22/23 | 3,171 | 3,709 | 6,880 |
| 06/30/23 | 36 | 53 | 89 | 08/23/23 | 3,855 | 3,567 | 7,422 |
| 07/03/23 | 33 | 41 | 74 | 08/24/23 | 3,176 | 3,243 | 6,419 |
| 07/05/23 | 14 | 61 | 75 | 08/25/23 | 6,715 | 4,142 | 10,857 |
| 07/06/23 | 22 | 84 | 106 | 08/28/23 | 31,412 | 26,993 | 58,405 |
| 07/07/23 | 47 | 139 | 186 | 08/29/23 | 2,887 | 3,650 | 6,537 |
| 07/10/23 | 26 | 109 | 135 | 08/30/23 | 1,378 | 650 | 2,028 |
| 07/11/23 | 28 | 98 | 126 | 08/31/23 | 1,713 | 2,651 | 4,364 |
| 07/12/23 | 137 | 210 | 347 | 09/01/23 | 1,204 | 1,194 | 2,398 |
| 07/13/23 | 25 | 81 | 106 | 09/05/23 | 2,609 | 3,211 | 5,820 |
| 07/14/23 | 215 | 81 | 296 | 09/06/23 | 305 | 578 | 883 |
| 07/17/23 | 42 | 30 | 72 | 09/07/23 | 344 | 1,469 | 1,813 |

| Date | A | B | Total | Date | A | B | Total |
|---|---:|---:|---:|---|---:|---:|---:|
| 09/08/23 | 1,315 | 1,351 | 2,666 | 10/31/23 | 92 | 97 | 189 |
| 09/11/23 | 671 | 578 | 1,249 | 11/01/23 | 63 | 79 | 142 |
| 09/12/23 | 812 | 626 | 1,438 | 11/02/23 | 57 | 121 | 178 |
| 09/13/23 | 349 | 141 | 490 | 11/03/23 | 61 | 32 | 93 |
| 09/14/23 | 446 | 674 | 1,120 | 11/06/23 | 96 | 23 | 119 |
| 09/15/23 | 69 | 77 | 146 | 11/07/23 | 79 | 74 | 153 |
| 09/18/23 | 30 | 111 | 141 | 11/08/23 | 44 | 57 | 101 |
| 09/19/23 | 31 | 76 | 107 | 11/09/23 | 41 | 37 | 78 |
| 09/20/23 | 251 | 205 | 456 | 11/10/23 | 40 | 93 | 133 |
| 09/21/23 | 558 | 21 | 579 | 11/13/23 | 77 | 39 | 116 |
| 09/22/23 | 22 | 35 | 57 | 11/14/23 | 26 | 36 | 62 |
| 09/25/23 | 24 | 2,163 | 2,187 | 11/15/23 | 52 | 294 | 346 |
| 09/26/23 | 18 | 37 | 55 | 11/16/23 | 65 | 69 | 134 |
| 09/27/23 | 21 | 45 | 66 | 11/17/23 | 52 | 56 | 108 |
| 09/28/23 | 35 | 105 | 140 | 11/20/23 | 22 | 13 | 35 |
| 09/29/23 | 31 | 162 | 193 | 11/21/23 | 34 | 44 | 78 |
| 10/02/23 | 61 | 140 | 201 | 11/22/23 | 56 | 20 | 76 |
| 10/03/23 | 64 | 89 | 153 | 11/24/23 | 45 | 17 | 62 |
| 10/04/23 | 193 | 88 | 281 | 11/27/23 | 23 | 19 | 42 |
| 10/05/23 | 64 | 62 | 126 | 11/28/23 | 20 | 23 | 43 |
| 10/06/23 | 156 | 104 | 260 | 11/29/23 | 20 | 24 | 44 |
| 10/09/23 | 173 | 150 | 323 | 11/30/23 | 31 | 2,360 | 2,391 |
| 10/10/23 | 220 | 192 | 412 | 12/01/23 | 25 | 17 | 42 |
| 10/11/23 | 39 | 87 | 126 | 12/04/23 | 39 | 18 | 57 |
| 10/12/23 | 230 | 309 | 539 | 12/05/23 | 8 | 9 | 17 |
| 10/13/23 | 156 | 207 | 363 | 12/06/23 | 27 | 27 | 54 |
| 10/16/23 | 17 | 169 | 186 | 12/07/23 | 36 | 17 | 53 |
| 10/17/23 | 71 | 168 | 239 | 12/08/23 | 13 | 30 | 43 |
| 10/18/23 | 19 | 97 | 116 | 12/11/23 | 29 | 31 | 60 |
| 10/19/23 | 77 | 295 | 372 | 12/12/23 | 32 | 34 | 66 |
| 10/20/23 | 55 | 147 | 202 | 12/13/23 | 19 | 23 | 42 |
| 10/23/23 | 53 | 23 | 76 | 12/14/23 | 20 | 28 | 48 |
| 10/24/23 | 37 | 42 | 79 | 12/15/23 | 343 | 392 | 735 |
| 10/25/23 | 12 | 11 | 23 | 12/18/23 | 106 | 35 | 141 |
| 10/26/23 | 24 | 54 | 78 | 12/19/23 | 115 | 78 | 193 |
| 10/27/23 | 47 | 105 | 152 | 12/20/23 | 154 | 179 | 333 |
| 10/30/23 | 61 | 76 | 137 | 12/21/23 | 48 | 193 | 241 |

| Date | A | B | C | Date | A | B | C |
|---|---|---|---|---|---|---|---|
| 12/22/23 | 63 | 173 | 236 | 02/16/24 | 55 | 119 | 174 |
| 12/26/23 | 10 | 21 | 31 | 02/20/24 | 37 | 555 | 592 |
| 12/27/23 | 70 | 152 | 222 | 02/21/24 | 22 | 110 | 132 |
| 12/28/23 | 100 | 57 | 157 | 02/22/24 | 13 | 57 | 70 |
| 12/29/23 | 24 | 154 | 178 | 02/23/24 | 25 | 102 | 127 |
| 01/02/24 | 26 | 260 | 286 | 02/26/24 | 10 | 208 | 218 |
| 01/03/24 | 82 | 711 | 793 | 02/27/24 | 26 | 105 | 131 |
| 01/04/24 | 46 | 329 | 375 | 02/28/24 | 32 | 130 | 162 |
| 01/05/24 | 133 | 75 | 208 | 02/29/24 | 43 | 78 | 121 |
| 01/08/24 | 41 | 103 | 144 | 03/01/24 | 39 | 153 | 192 |
| 01/09/24 | 88 | 68 | 156 | 03/04/24 | 17 | 94 | 111 |
| 01/10/24 | 73 | 63 | 136 | 03/05/24 | 31 | 303 | 334 |
| 01/11/24 | 137 | 99 | 236 | 03/06/24 | 27 | 107 | 134 |
| 01/12/24 | 428 | 381 | 809 | 03/07/24 | 101 | 142 | 243 |
| 01/16/24 | 40 | 88 | 128 | 03/08/24 | 26 | 50 | 76 |
| 01/17/24 | 96 | 148 | 244 | 03/11/24 | 77 | 39 | 116 |
| 01/18/24 | 64 | 143 | 207 | 03/12/24 | 21 | 33 | 54 |
| 01/19/24 | 60 | 76 | 136 | 03/13/24 | 35 | 153 | 188 |
| 01/22/24 | 307 | 208 | 515 | 03/14/24 | 474 | 373 | 847 |
| 01/23/24 | 117 | 125 | 242 | 03/15/24 | 293 | 256 | 549 |
| 01/24/24 | 861 | 736 | 1,597 | 03/18/24 | 1,344 | 1,081 | 2,425 |
| 01/25/24 | 96 | 178 | 274 | 03/19/24 | 494 | 1,629 | 2,123 |
| 01/26/24 | 127 | 322 | 449 | 03/20/24 | 436 | 756 | 1,192 |
| 01/29/24 | 61 | 121 | 182 | 03/21/24 | 178 | 1,201 | 1,379 |
| 01/30/24 | 46 | 201 | 247 | 03/22/24 | 440 | 1,167 | 1,607 |
| 01/31/24 | 47 | 64 | 111 | 03/25/24 | 677 | 844 | 1,521 |
| 02/01/24 | 84 | 45 | 129 | 03/26/24 | 466 | 1,520 | 1,986 |
| 02/02/24 | 34 | 74 | 108 | 03/27/24 | 1,346 | 1,773 | 3,119 |
| 02/05/24 | 22 | 32 | 54 | 03/28/24 | 1,842 | 1,422 | 3,264 |
| 02/06/24 | 25 | 35 | 60 | 04/01/24 | 118 | 830 | 948 |
| 02/07/24 | 78 | 94 | 172 | 04/02/24 | 343 | 672 | 1,015 |
| 02/08/24 | 50 | 33 | 83 | 04/03/24 | 64 | 297 | 361 |
| 02/09/24 | 113 | 86 | 199 | 04/04/24 | 289 | 632 | 921 |
| 02/12/24 | 46 | 112 | 158 | 04/05/24 | 502 | 966 | 1,468 |
| 02/13/24 | 30 | 39 | 69 | 04/08/24 | 41 | 175 | 216 |
| 02/14/24 | 41 | 108 | 149 | 04/09/24 | 49 | 375 | 424 |
| 02/15/24 | 46 | 77 | 123 | 04/10/24 | 18 | 231 | 249 |

| Date | | | | Date | | | |
|---|---|---|---|---|---|---|---|
| 04/11/24 | 42 | 104 | 146 | 06/04/24 | 31 | 39 | 70 |
| 04/12/24 | 30 | 1,035 | 1,065 | 06/05/24 | 78 | 150 | 228 |
| 04/15/24 | 77 | 485 | 562 | 06/06/24 | 172 | 52 | 224 |
| 04/16/24 | 15 | 513 | 528 | 06/07/24 | 140 | 284 | 424 |
| 04/17/24 | 69 | 556 | 625 | 06/10/24 | 32 | 76 | 108 |
| 04/18/24 | 8 | 339 | 347 | 06/11/24 | 25 | 69 | 94 |
| 04/19/24 | 38 | 235 | 273 | 06/12/24 | 28 | 57 | 85 |
| 04/22/24 | 31 | 114 | 145 | 06/13/24 | 54 | 43 | 97 |
| 04/23/24 | 23 | 31 | 54 | 06/14/24 | 55 | 206 | 261 |
| 04/24/24 | 62 | 166 | 228 | 06/17/24 | 185 | 138 | 323 |
| 04/25/24 | 31 | 96 | 127 | 06/18/24 | 188 | 328 | 516 |
| 04/26/24 | 58 | 140 | 198 | 06/20/24 | 54 | 29 | 83 |
| 04/29/24 | 13 | 68 | 81 | 06/21/24 | 25 | 23 | 48 |
| 04/30/24 | 35 | 46 | 81 | 06/24/24 | 33 | 27 | 60 |
| 05/01/24 | 15 | 31 | 46 | 06/25/24 | 63 | 76 | 139 |
| 05/02/24 | 49 | 63 | 112 | 06/26/24 | 203 | 200 | 403 |
| 05/03/24 | 23 | 44 | 67 | 06/27/24 | 232 | 598 | 830 |
| 05/06/24 | 34 | 26 | 60 | 06/28/24 | 63 | 75 | 138 |
| 05/07/24 | 35 | 43 | 78 | 07/01/24 | 96 | 194 | 290 |
| 05/08/24 | 8 | 48 | 56 | 07/02/24 | 173 | 240 | 413 |
| 05/09/24 | 15 | 41 | 56 | 07/03/24 | 97 | 263 | 360 |
| 05/10/24 | 70 | 53 | 123 | 07/05/24 | 80 | 843 | 923 |
| 05/13/24 | 261 | 54 | 315 | 07/08/24 | 23 | 125 | 148 |
| 05/14/24 | 62 | 114 | 176 | 07/09/24 | 5 | 41 | 46 |
| 05/15/24 | 215 | 247 | 462 | 07/10/24 | 23 | 178 | 201 |
| 05/16/24 | 227 | 213 | 440 | 07/11/24 | 56 | 140 | 196 |
| 05/17/24 | 150 | 86 | 236 | 07/12/24 | 26 | 84 | 110 |
| 05/20/24 | 161 | 412 | 573 | 07/15/24 | 239 | 5,407 | 5,646 |
| 05/21/24 | 145 | 612 | 757 | 07/16/24 | 74 | 276 | 350 |
| 05/22/24 | 48 | 136 | 184 | 07/17/24 | 54 | 142 | 196 |
| 05/23/24 | 67 | 205 | 272 | 07/18/24 | 124 | 615 | 739 |
| 05/24/24 | 24 | 69 | 93 | 07/19/24 | 77 | 95 | 172 |
| 05/28/24 | 15 | 119 | 134 | 07/22/24 | 106 | 85 | 191 |
| 05/29/24 | 26 | 92 | 118 | 07/23/24 | 53 | 39 | 92 |
| 05/30/24 | 76 | 23 | 99 | 07/24/24 | 107 | 269 | 376 |
| 05/31/24 | 28 | 69 | 97 | 07/25/24 | 96 | 222 | 318 |
| 06/03/24 | 38 | 41 | 79 | 07/26/24 | 259 | 5,017 | 5,276 |

| Date | | | | Date | | | |
|---|---|---|---|---|---|---|---|
| 07/29/24 | 74 | 49 | 123 | 10/17/24 | 5 | 144 | 149 |
| 07/30/24 | 51 | 253 | 304 | 10/18/24 | 3 | 183 | 186 |
| 07/31/24 | 53 | 500 | 553 | 10/21/24 | 8 | 20 | 28 |
| 09/03/24 | 26 | 46 | 72 | 10/22/24 | 7 | 8 | 15 |
| 09/04/24 | 2 | 58 | 60 | 10/23/24 | 7 | 384 | 391 |
| 09/05/24 | 18 | 39 | 57 | 10/24/24 | 3 | 188 | 191 |
| 09/06/24 | 16 | 44 | 60 | 10/25/24 | 48 | 2,185 | 2,233 |
| 09/09/24 | 20 | 140 | 160 | 10/28/24 | 23 | 49 | 72 |
| 09/10/24 | 31 | 98 | 129 | 10/30/24 | 25 | 55 | 80 |
| 09/11/24 | 31 | 174 | 205 | 10/31/24 | 11 | 86 | 97 |
| 09/12/24 | 26 | 101 | 127 | 11/01/24 | 7 | 23 | 30 |
| 09/13/24 | 38 | 60 | 98 | 11/04/24 | 7 | 46 | 53 |
| 09/16/24 | 35 | 13 | 48 | 11/05/24 | 15 | 36 | 51 |
| 09/17/24 | 22 | 88 | 110 | 11/06/24 | 15 | 80 | 95 |
| 09/18/24 | 14 | 8 | 22 | 11/07/24 | 21 | 30 | 51 |
| 09/19/24 | 3 | 8 | 11 | 11/08/24 | 40 | 814 | 854 |
| 09/20/24 | 1 | 45 | 46 | 11/11/24 | 18 | 658 | 676 |
| 09/23/24 | 41 | 42 | 83 | 11/12/24 | 5,364 | 5,176 | 10,540 |
| 09/24/24 | 23 | 25 | 48 | 11/13/24 | 31,216 | 38,998 | 70,214 |
| 09/25/24 | 106 | 132 | 238 | 11/14/24 | 207 | 372 | 579 |
| 09/26/24 | 120 | 136 | 256 | 11/15/24 | 139 | 260 | 399 |
| 09/27/24 | 6 | 33 | 39 | 11/18/24 | 112 | 368 | 480 |
| 09/30/24 | 2 | 72 | 74 | 11/19/24 | 562 | 398 | 960 |
| 10/01/24 | 12 | 74 | 86 | 11/20/24 | 121 | 182 | 303 |
| 10/02/24 | - | 18 | 18 | 11/21/24 | 755 | 1,540 | 2,295 |
| 10/03/24 | 21 | 10 | 31 | 11/22/24 | 55 | 206 | 261 |
| 10/04/24 | 14 | 42 | 56 | 11/25/24 | 83 | 320 | 403 |
| 10/07/24 | - | 25 | 25 | 11/26/24 | 44 | 137 | 181 |
| 10/08/24 | 16 | 25 | 41 | 11/27/24 | 11 | 44 | 55 |
| 10/09/24 | 7 | 12 | 19 | 11/29/24 | 34 | 956 | 990 |
| 10/10/24 | 9 | 9 | 18 | 12/02/24 | 160 | 700 | 860 |
| 10/11/24 | 5 | 8 | 13 | 12/03/24 | 129 | 105 | 234 |
| 10/14/24 | 4 | 6 | 10 | 12/04/24 | 151 | 202 | 353 |
| 10/15/24 | 1 | 6 | 7 | 12/05/24 | 58 | 335 | 393 |
| 10/16/24 | 6 | 51 | 57 | 12/06/24 | 70 | 149 | 219 |
| | | | | 12/09/24 | 106 | 145 | 251 |
| | | | | 12/10/24 | 135 | 351 | 486 |

| Date | | | | Date | | | |
|---|---|---|---|---|---|---|---|
| 12/11/24 | 32 | 88 | 120 | 02/06/25 | 38 | 100 | 138 |
| 12/12/24 | 56 | 120 | 176 | 02/07/25 | 82 | 112 | 194 |
| 12/13/24 | 27 | 29 | 56 | 02/10/25 | 328 | 671 | 999 |
| 12/16/24 | 66 | 73 | 139 | 02/11/25 | 248 | 736 | 984 |
| 12/17/24 | 20 | 108 | 128 | 02/12/25 | 7,959 | 4,980 | 12,939 |
| 12/18/24 | 47 | 119 | 166 | 02/13/25 | 613 | 881 | 1,494 |
| 12/19/24 | 49 | 196 | 245 | 02/14/25 | 493 | 599 | 1,092 |
| 12/20/24 | 114 | 135 | 249 | 02/18/25 | 483 | 491 | 974 |
| 12/23/24 | 14 | 31 | 45 | 02/19/25 | 483 | 395 | 878 |
| 12/24/24 | 10 | 76 | 86 | 02/20/25 | 342 | 312 | 654 |
| 12/26/24 | 61 | 173 | 234 | 02/21/25 | 116 | 298 | 414 |
| 12/27/24 | 76 | 92 | 168 | 02/24/25 | 89 | 136 | 225 |
| 12/30/24 | 273 | 235 | 508 | 02/25/25 | 123 | 226 | 349 |
| 12/31/24 | 35 | 180 | 215 | 02/26/25 | 179 | 294 | 473 |
| 01/02/25 | 52 | 90 | 142 | 02/27/25 | 65 | 154 | 219 |
| 01/03/25 | 48 | 85 | 133 | 02/28/25 | 60 | 153 | 213 |
| 01/06/25 | 53 | 45 | 98 | 03/03/25 | 122 | 358 | 480 |
| 01/07/25 | 14 | 48 | 62 | 03/04/25 | 329 | 346 | 675 |
| 01/08/25 | 13 | 41 | 54 | 03/05/25 | 186 | 144 | 330 |
| 01/10/25 | 34 | 57 | 91 | 03/06/25 | 375 | 563 | 938 |
| 01/13/25 | 27 | 73 | 100 | 03/07/25 | 18 | 23 | 41 |
| 01/14/25 | 85 | 152 | 237 | 03/10/25 | 9 | 92 | 101 |
| 01/15/25 | 49 | 195 | 244 | 03/11/25 | 30 | 39 | 69 |
| 01/16/25 | 14 | 53 | 67 | 03/12/25 | 88 | 127 | 215 |
| 01/17/25 | 209 | 95 | 304 | 03/13/25 | 95 | 159 | 254 |
| 01/21/25 | 88 | 85 | 173 | 03/14/25 | 154 | 338 | 492 |
| 01/22/25 | 75 | 132 | 207 | 03/17/25 | 97 | 194 | 291 |
| 01/23/25 | 22 | 47 | 69 | 03/18/25 | 85 | 148 | 233 |
| 01/24/25 | 186 | 73 | 259 | 03/19/25 | 355 | 194 | 549 |
| 01/27/25 | 41 | 83 | 124 | 03/20/25 | 347 | 459 | 806 |
| 01/28/25 | 70 | 174 | 244 | 03/21/25 | 46 | 36 | 82 |
| 01/29/25 | 30 | 66 | 96 | 03/24/25 | 185 | 71 | 256 |
| 01/30/25 | 17 | 74 | 91 | 03/25/25 | 11 | 35 | 46 |
| 01/31/25 | 78 | 91 | 169 | 03/26/25 | 204 | 122 | 326 |
| 02/03/25 | 19 | 82 | 101 | 03/27/25 | 196 | 258 | 454 |
| 02/04/25 | 51 | 116 | 167 | 03/28/25 | 152 | 478 | 630 |
| 02/05/25 | 234 | 401 | 635 | 03/31/25 | 122 | 125 | 247 |

| Date | | | | Date | | | |
|---|---|---|---|---|---|---|---|
| 04/01/25 | 89 | 213 | 302 | 05/23/25 | 197 | 255 | 452 |
| 04/02/25 | 223 | 237 | 460 | 05/27/25 | 110 | 204 | 314 |
| 04/03/25 | 30 | 125 | 155 | 05/28/25 | 81 | 136 | 217 |
| 04/04/25 | 157 | 151 | 308 | 05/29/25 | 73 | 110 | 183 |
| 04/07/25 | 59 | 43 | 102 | 05/30/25 | 95 | 194 | 289 |
| 04/08/25 | 54 | 36 | 90 | **TOTALS** | **725,376** | **670,336** | **1,395,712** |
| 04/09/25 | 654 | 790 | 1,444 | | | | |
| 04/10/25 | 236 | 121 | 357 | | | | |
| 04/11/25 | 54 | 106 | 160 | | | | |
| 04/14/25 | 55 | 167 | 222 | | | | |
| 04/15/25 | 43 | 139 | 182 | | | | |
| 04/16/25 | 50 | 118 | 168 | | | | |
| 04/17/25 | 114 | 128 | 242 | | | | |
| 04/21/25 | 117 | 60 | 177 | | | | |
| 04/22/25 | 23 | 39 | 62 | | | | |
| 04/23/25 | 168 | 223 | 391 | | | | |
| 04/24/25 | 277 | 277 | 554 | | | | |
| 04/25/25 | 170 | 259 | 429 | | | | |
| 04/28/25 | 228 | 175 | 403 | | | | |
| 04/29/25 | 127 | 187 | 314 | | | | |
| 04/30/25 | 216 | 226 | 442 | | | | |
| 05/01/25 | 143 | 164 | 307 | | | | |
| 05/02/25 | 42 | 112 | 154 | | | | |
| 05/05/25 | 54 | 245 | 299 | | | | |
| 05/06/25 | 75 | 186 | 261 | | | | |
| 05/07/25 | 73 | 93 | 166 | | | | |
| 05/08/25 | 1,322 | 1,231 | 2,553 | | | | |
| 05/09/25 | 636 | 573 | 1,209 | | | | |
| 05/12/25 | 400 | 335 | 735 | | | | |
| 05/13/25 | 471 | 344 | 815 | | | | |
| 05/14/25 | 275 | 410 | 685 | | | | |
| 05/15/25 | 56 | 132 | 188 | | | | |
| 05/16/25 | 108 | 57 | 165 | | | | |
| 05/19/25 | 54 | 79 | 133 | | | | |
| 05/20/25 | 57 | 108 | 165 | | | | |
| 05/21/25 | 218 | 305 | 523 | | | | |
| 05/22/25 | 1,680 | 1,373 | 3,053 | | | | |