AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Genius Group Limited, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-09546 (VEC) |
| Citadel Securities LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Genius Group Limited .

Date: 11/18/2025

/s/ Timothy Clark B. Dauz
*Attorney's signature*

Timothy Clark B. Dauz, Bar No. TD1093
*Printed name and bar number*
GRANT & EISENHOFER, P.A.
485 Lexinton Avenue
New York, NY  10017

*Address*

tdauz@gelaw.com
*E-mail address*

(646) 722-8500
*Telephone number*

(646) 722-8501
*FAX number*