UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENIUS GROUP LIMITED, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITADEL SECURITIES LLC, and VIRTU AMERICAS LLC,<br><br>Defendants. | Case No. 1:25-CV-09546 (VEC) |

## **DECLARATION OF JONATHAN K. YOUNGWOOD**

I, Jonathan K. Youngwood, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1.  I am a member of the law firm Simpson Thacher & Bartlett LLP and am admitted to practice before this Court. I respectfully submit this Declaration in support of the accompanying Memorandum of Law in Opposition to Plaintiff's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.

2.  Attached as **Exhibit 1** is a true and correct copy of Genius Group Limited's 2024 Annual Report on Form 20-F, in excerpted form, filed with the Securities and Exchange Commission on April 30, 2025.

3.  Attached as **Exhibit 2** is a true and correct copy of the webpage "About Our Company," published by Genius Group Limited under the Investor Relations section of the company's website, last accessed on January 19, 2026.

1

4. Attached as **Exhibit 3** is a true and correct copy of the historical stock prices for Genius Group Limited on the New York Stock Exchange under the ticker "GNS," as reported by Yahoo Finance, for the period of April 13, 2022 to May 30, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of a press release published by Genius Group Limited on August 1, 2023, titled "Genius Group Is Issued Warning Letter by NYSE."

6. Attached as **Exhibit 5** is a true and correct copy of a press release published by Genius Group Limited on July 11, 2022, titled "Genius Group acquires California based University of Antelope Valley."

7. Attached as **Exhibit 6** is a true and correct copy of an Action Letter issued to the University of Antelope Valley by the WASC Senior College and University Commission on August 22, 2023.

8. Attached as **Exhibit 7** is a true and correct copy of a Notice and Emergency Decision issued to the University of Antelope Valley by the California Bureau for Private Postsecondary Education on February 29, 2024.

9. Attached as **Exhibit 8** is a true and correct copy of an Action Letter issued to the University of Antelope Valley by the WASC Senior College and University Commission on May 10, 2024.

10. Attached as **Exhibit 9** is a true and correct copy of an article published by Inside Higher Ed on February 22, 2024, titled "Turmoil Grows at Embattled California University."

11. Attached as **Exhibit 10** is a true and correct copy of a Stipulated Surrender of Approval to Operate an Accredited Institution and Order, and accompanying exhibit, entered against University of Antelope Valley, University of Antelope Valley, Inc., Genius Group

Limited, and Roger James Hamilton, by the California Department of Consumer Affairs on June 14, 2024.

12. Attached as **Exhibit 11** is a true and correct copy of Genius Group Limited's 2023 Annual Report on Form 20-F, in excerpted form, filed with the Securities and Exchange Commission on June 6, 2023.

13. Attached as **Exhibit 12** is a true and correct copy of Genius Group Limited's 2022 Annual Report on Form 20-F, in excerpted form, filed with the Securities and Exchange Commission on August 3, 2023.

14. Attached as **Exhibit 13** is a true and correct copy of a press release published by Genius Group Limited on May 20, 2024, titled "Genius Group Announces Exercise of Warrants for $3.8 Million Gross Proceeds."

15. Attached as **Exhibit 14** is a true and correct copy of a press release published by Genius Group Limited on March 29, 2023, titled "Genius Group Settles Litigation with Alto Opportunity Master Fund, SPC, Ayrton Capital, LLC and Waqas Khatri."

16. Attached as **Exhibit 15** is a true and correct copy of a press release published by Genius Group Limited on November 10, 2022, titled "Genius Group Retains Law Firms to Investigate Recent Market Activity."

17. Attached as **Exhibit 16** is a true and correct copy of a press release published by Genius Group Limited on January 4, 2023, titled "Genius Group Announced the Initial Results of Its Shares Market Activity Investigation."

18. Attached as **Exhibit 17** is a true and correct copy of a hyperlink to the video recording of a Fox News Interview with Genius Group Limited CEO, Roger Hamilton, aired by Fox Business on January 17, 2023.

19. Attached as **Exhibit 18** is a true and correct copy of a press release published by Genius Group Limited on January 19, 2023, titled "Genius Group Appoints Timothy Murphy To Lead Illegal Trading Task Force."

20. Attached as **Exhibit 19** is a true and correct copy of a press release published by Genius Group Limited on February 22, 2023, titled "Genius Group Launches Legal Action Against Illegal Trading Activities in Company Shares."

21. Attached as **Exhibit 20** is a true and correct copy of a hyperlink to the video recording of the Genius Group Limited Investor Meeting held on June 28, 2023.

22. Attached as **Exhibit 21** is a true and correct copy of a post published on X by Roger Hamilton on December 21, 2023.

23. Attached as **Exhibit 22** is a true and correct copy of Genius Group Limited's Report of a Foreign Private Issuer on Form 6-K, filed with the Securities and Exchange Commission on October 25, 2024.

24. Attached as **Exhibit 23** is a true and correct copy of a press release published by Genius Group Limited on June 26, 2025, titled "Genius Group Board approves shareholder dividend, Bitcoin purchase from proceeds of future legal wins."

25. Attached as **Exhibit 24** is a true and correct copy of a press release published by Genius Group Limited on June 24, 2025, titled "Genius Group CEO Roger Hamilton buys 650,000 shares, increases shareholdings by 10%."

26. Attached as **Exhibit 25** is a true and correct copy of the transcript of Genius Group Limited's Investor Call held by the company on August 26, 2025.

27. Attached as **Exhibit 26** is a true and correct copy of a post published on X by James Wes Christian on August 27, 2025.


5

28. Attached as **Exhibit 27** is a true and correct copy of a consolidated Table of Manipulation-Related Disclosures by Genius Group Limited and/or its principals and advisors.

29. Attached as **Exhibit 28** is a true and correct copy of the Prime Source Group's Combined Financial Statements, in excerpted form, for the 2022 and 2023 fiscal years.

30. Attached as **Exhibit 29** is a true and correct copy of Genius Group Limited's 2024 Registration Statement on Form F-1, in excerpted form, filed with the Securities and Exchange Commission on May 29, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2026                    By:   /s/ *DRAFT*
                                                 Jonathan K. Youngwood
                                                 Simpson Thacher & Bartlett
                                                 425 Lexington Avenue
                                                 New York, NY 10017
                                                 Tel: (212) 455-3539
                                                 jyoungwood@stblaw.com

                                                 *Attorney for Citadel Securities LLC*