# EXHIBIT 6

**WASC | Senior College and University Commission**

August 22, 2023

Dr. Tracy West
President
University of Antelope Valley
44055 North Sierra Hwy
Lancaster, CA 93534

Dear President West:

This letter serves as formal notification and official record of action taken concerning University of Antelope Valley (UAV) by the WASC Senior College and University Commission (WSCUC) at the meeting of its Executive Committee on August 14, 2023. At that meeting the Commission acted to place University of Antelope Valley on Probation. This action was taken after consideration of the report of the review team that conducted the Structural Change (change of ownership) Post-Implementation Site-visit to UAV on November 15, 2022. In addition, the Executive Committee considered the Progress Report submitted by UAV on March 31, 2023, and a June 5, 2023 UAV response to a complaint submitted to WSCUC. In a letter dated June 27, 2023, WSCUC requested an updated Progress Report, specifically noting WSCUC's concern about adherence to WSCUC Standards given the serious issues reflected in the information submitted by the institution. The updated Report was submitted by UAV on July 17, 2023 and was considered by the Executive Committee together with the responses and all exhibits submitted by University of Antelope Valley. The date of this action constitutes the effective date of the institution's status with WSCUC.

**Actions**

1. Receive the Structural Change (change of ownership) Post-Implementation Site-visit Report; UAV Progress Report submitted March 31, 2023; UAV response to a complaint submitted on June 5, 2023; and UAV updated Progress Report submitted July 17, 2023
2. Impose Probation
3. Continue with a Special Visit scheduled for January 30 – February 2, 2024, addressing all areas of non-compliance and requirements of this letter
4. Affirm requirement for a Teach-Out plan to be submitted by October 1, 2023

**Probation**

The Commission acted to impose the sanction of Probation because it found that University of Antelope Valley has serious issues of noncompliance with WSCUC Standards 1, 2, and 3. The accreditation status of the institution continues during Probation. However, while on Probation, any new sites or degree programs initiated by the institution must be approved through the substantive change process.

Under U.S. Department of Education regulations, when the Commission finds that an institution fails to meet one or more of the Standards of Accreditation, it is required to notify the institution of the deficiencies and establish a time period within which the deficiencies must be corrected. Under the Commission's policies the timeframe may not exceed two years. If an institution has not remedied the deficiencies at the conclusion of this sanction period, the Commission is required, under U.S. Department of Education regulations, to withdraw the institution's

accreditation or extend the timeframe for good cause shown. The extension may not exceed two years.

An institution under the sanction of Probation must address the areas cited by the Commission expeditiously, with seriousness and the full attention of the institution's leadership. It is the responsibility of the institution to demonstrate to the Commission that it has understood the issues raised in this letter, responded to them satisfactorily, and has made the necessary changes to come into compliance with Standards 1, 2, and 3.

**Areas of Noncompliance**

The Commission determined that University of Antelope Valley has serious issues of noncompliance with Standards 1, 2, and 3, specifically with CFRs 1.2 and 1.8 under Standard 1, with CFRs 2.10 and 2.12 under Standard 2, and CFRs 3.4, 3.6, 3.7, 3.8, and 3.9 under Standard 3.

Financial strength, leadership, and sustainability. UAV has experienced significant financial problems with operating expenses exceeding total revenues for at least the past two years. UAV has been reliant on substantial infusions of cash from the parent entity to meet financial obligations. That parent entity is now itself facing serious financial problems as reflected by doubt about its ability to continue as a going concern, as reported in their annual report submitted to the SEC for the fiscal year that ended on December 31, 2022. The US Department of Education conducted a review of UAV Title IV programs in 2023 which resulted in 20 findings of noncompliance, including findings that relate to inadequate policies and procedures, consumer information requirements, and disbursement of Title IV aid. The US Department of Education has also required UAV to post a letter of credit. The fact that UAV has been operating without a CFO since fall 2022 is a deficiency in relation to requirements for leadership and financial expertise. The Commission finds that UAV is out of compliance with CFRs 3.4, 3.6, and 3.8.

Enrollment planning and growth. UAV has reported optimistic near-term enrollment projections but has provided no evidence that these projections are reasonable or that UAV can overcome the steady decline in enrollment it has been experiencing since 2018. UAV must demonstrate that it is financially stable and has resources sufficient to ensure long-term viability and educational effectiveness, including marketing and recruiting plans that can effectively grow enrollment to stabilize and improve the institution's overall financial position. Further, intentional connections between enrollment, both current and planned, and budget development and implementation must be demonstrated. The Commission finds that UAV is out of compliance with CFR 3.4.

Senior leadership and board governance. Senior leadership and the board of UAV have experienced significant disruption, turnover, and ongoing unfilled positions including chief financial officer, board chair, and board vice chair. Thus, UAV has not provided evidence that it has the leadership, organizational structures, and decision-making processes that can sustain institutional capacity and educational effectiveness. UAV must demonstrate that its senior leadership includes a chief financial officer, that it has sufficient other qualified administrators to provide effective educational leadership and management, and that its board operates with independence and exercises appropriate oversight to assure integrity, responsibility, and accountability and to support high performance. The Commission finds that UAV is out of compliance with CFRs 3.6, 3.7, 3.8, and 3.9, and with WSCUC's Governing Board Policy.

Student outcomes. According to data supplied by UAV, graduation rates of students enrolled in associates and bachelors programs have declined in recent years. Further, IPEDS data available through the WSCUC Key Indicators Dashboard indicate that first-year student retention rates are

declining, median student debt is increasing, and undergraduate earnings (greater than a high school graduate) are far below both WSCUC and national averages. UAV must develop a course of action to improve student retention and graduation, assess the effectiveness of those measures, and use the results for improvement. The Commission finds that UAV is out of compliance with CFRs 1.2, 2.10, and 2.12.

<u>Honest and open communication with the Commission</u>. UAV has experienced multiple resignations and extended vacancies in board membership, audits of financial aid operations by the US Department of Education and the California Student Aid Commission, and severe budgetary challenges. UAV did not promptly inform the Commission of these matters, which could materially affect its accreditation status. Accordingly, the Commission finds that UAV is out of compliance with CFR 1.8.

**Next Steps**

The Commission requires a meeting between the WSCUC staff and representatives of University of Antelope Valley, including the Chief Executive Officer, representatives of the governing board, and senior faculty leadership within 90 days from the date of this letter. The purposes of the meeting are to further clarify the reasons for the Commission's finding and bases for decision, to review the actions taken as of the date of the meeting, and to discuss the institution's plans for responding to this Commission action. WSCUC will contact University of Antelope Valley's ALO to make arrangements for this meeting.

The Commission decision to impose Probation is subject to Commission review. A request by the institution for Commission review is limited to one or more of the four bases outlined in the 2013 Handbook of Accreditation (See Part IV. Commission Review Process for Institutions on Sanction). If University of Antelope Valley intends to seek review, the request, co-signed by the CEO and chair of the governing board, must be submitted to the president of the Commission within 28 days of the date of this letter together with the required fee.

Commission policy requires that in the case of a sanction, a public statement will be prepared in consultation with the institution acknowledging the institution's status. The Commission reserves the right to make the final determination of the nature and content of the public statement. The public statement must be posted on the institution's website within seven days.

Attached is a copy of a sample public statement, which University of Antelope Valley may use as it stands. If the institution wishes to propose revisions to the sample, the proposed changes must be forwarded by email to Vice President Susan Opp within 24 hours of receipt of this letter. In addition, any reference to WSCUC accreditation on the institution's website and in public statements must be accompanied by the words "Currently on Probation."

In accordance with Commission policy, a copy of this letter is being sent to the University of Antelope Valley governing board. The Commission expects that this action letter will be posted in a readily accessible location on the University of Antelope Valley's website and widely distributed throughout the institution to promote further engagement and improvement and to support the institution's response to the specific issues identified in these documents. The Commission's action letter will also be posted on the WSCUC website. If the institution wishes to respond to the Commission action on its own website, WSCUC will post a link to that response on the WSCUC website.

**Submit a Teach-Out Plan**

As a result of federal regulations effective July 1, 2020, an institution placed on Probation by the Commission must submit to WSCUC a plan that would be implemented if the institution were to close. A teach-out plan identifies opportunities for the students of a closing institution to complete their program at other institutions offering the same or similar degree programs, certificates or curricula leading to professional licensure, regardless of students' academic progress at the time of closure. The WSCUC Teach-Out Plans and Agreements Policy and associated Guide provide information on what to include in a teach-out plan. The requirement for a teach-out plan, to be submitted to WSCUC by October 1, 2023, was already established in a July 28, 2023 memorandum from WSCUC to UAV.

Please contact me if you have any questions about this letter or the action of the Commission.

Sincerely,

Jamienne S. Studley
President


Cc:     Tracy Tambascia, Commission Chair
        Crystal Stephens, ALO
        Board Membership
        Susan Opp, Vice President

**WASC** | Senior College and University Commission

SAMPLE PUBLIC STATEMENT

WASC Senior College and University Commission Statement
on the Status of University of Antelope Valley

On August 14, 2023, the WASC Senior College and University Commission (WSCUC) voted to impose Probation on University of Antelope Valley (UAV).

A sanction of Probation reflects the Commission's finding that the institution has serious issues of noncompliance with one or more of the Standards of Accreditation. The Commission has determined that University of Antelope Valley is not in compliance with WSCUC Standards 1 and 3. Under U.S. Department of Education Regulations, when the Commission finds that an institution fails to meet one or more of the Standards of Accreditation, it is required to notify the institution of these findings and give the institution a period of time to correct the deficiencies. Under the Commission's policies the timeframe may not exceed two years. It is the responsibility of the Commission to determine, at the end of the sanction period, whether the institution has made the necessary corrections and has come into compliance with Commission Standards.

The accredited status of UAV continues during the Probation period and students' status within the institution is not affected by this sanction.

The Commission's decision to issue UAV a sanction of Probation is subject to the terms and conditions contained in the Commission Action Letter dated August 22, 2023. This document is available on the WSCUC website. Anyone who has questions about UAV's accreditation status should contact Crystal Stephens, Accreditation Liaison Officer at UAV.