# EXHIBIT 8



May 10, 2024

Mr. Tim Campagna, Interim President
University of Antelope Valley
Via email: tim.campagna@uav.edu

Dear President Campagna:

By letter of April 25, 2024, the WASC Senior College and University Commission (WSCUC or the Commission) notified University of Antelope Valley (UAV) of the Commission's action to withdraw the accreditation of UAV subject to appeal. UAV's *Notice of Intent to Appeal* the Commission's action was due to WSCUC within fourteen days of the action, or by Thursday, May 9, 2024. UAV did not file a *Notice of Intent to Appeal* by the deadline, and accordingly the Commission's action has become final as of today, May 10, 2024.

The U.S. Department of Education, the appropriate State licensing or authorizing agency, the appropriate accrediting agencies, and the public have been notified of this action at the same time as the institution in compliance with 34 CFR § 602.26 et seq and WSCUC policy.

Within 60 days of the date of this letter, the Commission provides to the Secretary of the U.S. Department of Education, appropriate state agencies, recognized accrediting agencies, and the public a brief statement summarizing the reasons for this negative action and the official comments, if any, that your institution wishes to make with regard to this action, or in the absence of official comment from your institution, evidence that the institution or program was offered the opportunity to provide official comment. If you wish to make a brief official written comment on this negative action you must do so within 10 calendar days of the date of this letter. You are not required to make such statement. If UAV does not provide comment within the time allotted WSCUC will understand that the University does not intend to comment. The Commission requires the institution to disclose this action to any current or prospective students within seven business days of receipt and to publicly describe UAV's status as follows:

> The WASC Senior College and University Commission has withdrawn the accreditation of the University of Antelope Valley. The Commission's letter which provides details about this adverse action, can be found on the WSCUC website (www.wscuc.org) at this link: www.wscuc.org

In addition, a copy of this letter is also being sent to the chair of UAV's governing board.

Please contact me if you have questions about this letter.

Sincerely,

*Jamienne Studley*

Jamienne S. Studley
President

Cc: Tracy Poon Tambascia, Commission Chair
Kristal Andersen, ALO
Kimberly Bankston-Bradshaw, Board Chair
Susan Opp, Vice President, WSCUC

2