UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

GENIUS GROUP LIMITED, individually and on :
behalf of all others similarly situated, :
                                                                      :
                                          Plaintiff, :
                                                                      :
                    -against-                             :
                                                                      :
CITADEL SECURITIES LLC, and VIRTU    :
AMERICAS LLC,                                      :
                                                                      :
                                       Defendants. :

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2026

25-CV-9546 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Genius Group Limited ("Genius") filed a Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, Dkt. 27;

WHEREAS no other Plaintiffs came forward or objected to Genius's Motion;

WHEREAS Defendants opposed Genius's Motion, Dkt. 31, and Genius replied, Dkt. 33;

WHEREAS Genius then provided supplemental authority, Dkt. 34, and Defendants responded, Dkt. 35; and

WHEREAS the Court is currently reviewing these papers.

IT IS HEREBY ORDERED that the parties are to meet and confer regarding next steps in the event that the Court denies Genius's application to serve as Lead Plaintiff. Specifically, the parties must discuss whether, if the Court rejects Genius's request to serve as Lead Plaintiff: the case should proceed as a single plaintiff case, or the Court should reopen the process to allow additional parties to seek to serve as Lead Plaintiff. **By June 1, 2026**, the parties should file a proposed stipulation. If the parties propose reopening the Lead Plaintiff application process, they should also inform the Court of their positions on the recommended length of a new notice

period and a proposed briefing schedule for Lead Plaintiff applications.  If the parties agree that

under those circumstances the case should proceed as a single plaintiff action, they must propose

a schedule for Defendants to move or answer.  If the parties are unable to agree on next steps, by

the same date, they should submit letter briefs of no more than 1,000 words regarding their

proposed next steps.

**SO ORDERED.**

**Date:  May 15, 2026**
       **New York, NY**

_____
         **VALERIE CAPRONI**
      **United States District Judge**