**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GENIUS GROUP LIMITED, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITADEL SECURITIES LLC, and VIRTU AMERICAS LLC,<br><br>    Defendants. | Case No. 1:25-cv-09546-VEC<br><br>The Honorable Valerie E. Caproni<br><br><u>CLASS ACTION</u> |

### <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Genius Group Limited, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

No Defendant has served an answer or a motion for summary judgment, and the Court has not issued any ruling on the merits.  No class has been certified, no Rule 23 class notice has issued, and no discovery has occurred.  Accordingly, Plaintiff is entitled to voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated: New York, New York
     June 29, 2026

Respectfully submitted,

*/s/ Abe Alexander*
Abe Alexander
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501
aalexander@gelaw.com

Stephen W. Tountas
**KASOWITZ LLP**

1

1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
stauntas@kasowitz.com

James W. Christian
**CHRISTIAN ATTAR**
1177 W. Loop South, Suite 1700
Houston, TX 77027
Telephone: (713) 659-7617
Facsimile: (713) 659-4641
jchristian@christianattarlaw.com

*Counsel for Genius Group Limited*