quinn emanuel trial lawyers | new york          Simpson Thacher & Bartlett LLP

June 29, 2026

Hon. Valerie E. Caproni, United States District Judge
United States District Court, Southern District of New York

Re:     *Genius Group Limited v. Citadel Securities LLC, et al.*, No. 1:25-cv-9546-VEC

Dear Judge Caproni:

        We write on behalf of Defendants Citadel Securities LLC and Virtu Americas LLC regarding the notice of voluntary dismissal filed by Plaintiff Genius Group Limited ("Genius") today. ECF No. 41. This letter relates directly to that notice, and Defendants respectfully request that it be referred to the Court before the Clerk of Court acts on the notice.

        Earlier today, counsel for Genius filed a new putative securities class action against the same Defendants in the U.S. District Court for the Southern District of Florida, captioned *Reynolds v. Citadel Securities LLC and Virtu Americas LLC*, No. 1:26-cv-24485 (S.D. Fla.). A copy of the *Reynolds* complaint is attached as Exhibit A, and a comparison against the complaint filed in this action is attached as Exhibit B. The *Reynolds* action is substantively the same as the *Genius* action in its claims, theory, class definition, class period, defendants, and counsel; the principal changes appear to be the substitution of Aron Reynolds for Genius as the named plaintiff, the addition of venue allegations tied to Florida, and the addition of references to allegedly inflated transaction costs.

        The timing and substance of the refiling raise serious concerns. On June 18, 2026, this Court denied Genius's motion for appointment as lead plaintiff, declined to reopen the PSLRA lead-plaintiff process, directed that this action "will proceed on an individual basis," and ordered the Clerk to remove the class language from the caption. ECF No. 40 at 13-14. The Court further set a July 1 deadline for Genius to file an amended complaint and a briefing schedule for Defendants' anticipated motion to dismiss. *Id.* at 14.

        In declining to reopen the lead-plaintiff process, the Court explained that the notice process had already run, that "[a]ll putative Class members were given statutorily compliant notice of the opportunity to move for appointment as Lead Plaintiff," and that "the scope of the case and claims have not changed since." *Id.* at 12. The Court also observed that "Genius — or more likely Genius's counsel — may have hamstrung Genius by seeking its appointment as Lead Plaintiff if that tactical decision dissuaded other, more appropriate Lead Plaintiffs from coming forward." *Id.* at 13. And the Court warned that it "would set a dangerous precedent" to permit counsel to put forward a favored candidate, lose, and then "start[] the process fresh with its second favorite candidate." *Id.* The Court concluded that such a course "smacks of the sort of lawyer-driven litigation that the PSLRA aims to avoid," and that it could not "justify needlessly providing Genius's three law firms with multiple bites at this apple." *Id.* at 13-14.

        The *Reynolds* complaint—signed by the same three law firms that represent Genius— appears to do precisely what the Court's June 18 Order warned against. Having been denied the ability to reopen the PSLRA process in this Court, Genius's counsel filed a voluntary dismissal in this action and, within hours, filed a materially identical putative class action in another District

through a new named plaintiff.  Defendants are considering their options in light of the refiling, including seeking transfer of the *Reynolds* action to this District pursuant to 28 U.S.C. § 1404(a).

Accordingly, Defendants respectfully request that the Court defer administrative closure of this matter pending consideration of this letter and the circumstances raised by Genius's notice and the related Florida refiling.

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ *Peter H. Fountain*
Peter H. Fountain
Leigha Empson
295 Fifth Avenue
New York, New York 10016
Tel: 212-849-7000
Fax: 212-849-7100
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com

Avi Perry
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8330
aviperry@quinnemanuel.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ *Audra J. Soloway*
Audra J. Soloway
Daniel S. Sinnreich
Daniel Negless
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
asoloway@paulweiss.com
dsinnreich@paulweiss.com
dnegless@paulweiss.com

*Attorneys for Virtu Americas LLC*

SIMPSON THACHER & BARTLETT LLP

/s/ *Jonathan K. Youngwood*
Jonathan K. Youngwood
Meredith Karp
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com
meredith.karp@stblaw.com

*Attorneys for Citadel Securities LLC*

cc: All counsel of record