# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017

———————

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number                                                                                      E-mail Address

+1-212-455-3539                                                                          jyoungwood@stblaw.com


VIA ECF                                                    July 20, 2026

Re:    *Genius Group Ltd. v. Citadel Securities LLC, et al.*,
        No. 1:25-cv-09546-VEC (S.D.N.Y. 2025)

Hon. Valerie E. Caproni
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


Dear Judge Caproni:

We write on behalf of Defendants Citadel Securities LLC and Virtu Americas LLC. On June 18, 2026, this Court denied Genius's motion for appointment as lead plaintiff, declined to reopen the lead plaintiff application process, directed that the Clerk remove the "class language" from the case caption and that Genius proceed on an individual basis. *See* Dkt. No. 40. The Court further set a July 1, 2026 deadline for Genius to file an amended complaint followed by a 30-30-15 briefing schedule for Defendants' anticipated motion to dismiss. *Id*. On June 29, 2026, rather than file an amended complaint, Plaintiff's counsel attempted to voluntarily dismiss the action and on the same day refiled a nearly identical putative class action in the Southern District of Florida captioned *Reynolds v. Citadel Securities LLC*, No. 1:26-cv-24485-RKA (S.D. Fla.) ("the *Reynolds* Action"). On June 30, 2026, Your Honor issued an order directing the Clerk of Court not to close the case until further notice. *See* Dkt. No. 43.

Defendants have now filed a motion to transfer the *Reynolds* Action to the Southern District of New York before Your Honor. A copy of the motion is attached as Exhibit A. In accordance with Rule 4(b) of the SDNY Rules for the Division of Business Among District Judges, Defendants intend to notify the Clerk of Court of the pending motion.

Simpson Thacher & Bartlett LLP

Hon. Valerie E. Caproni                  -2-                      July 20, 2026

Sincerely,

/s/ Audra J. Soloway
Audra J. Soloway
Alison Benedon
Daniel S. Sinnreich
Daniel Negless
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
asoloway@paulweiss.com
abenedon@paulweiss.com
dsinnreich@paulweiss.com
dnegless@paulweiss.com

*Attorneys for Virtu Americas LLC*

/s/ Jonathan K. Youngwood
Jonathan K. Youngwood
Meredith Karp
Jacob Lundqvist
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
jyoungwood@stblaw.com
meredith.karp@stblaw.com
jacob.lundqvist@stblaw.com

/s/ Peter H. Fountain
Peter H. Fountain
Leigha Empson
Ted Ovrom
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, New York 10016
Tel: (212) 849-7000
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com
tedovrom@quinnemanuel.com

Avi Perry
1300 I Street NW, Suite 900
Washington, DC 20005
aviperry@quinnemanuel.com

*Attorneys for Citadel Securities LLC*

cc: All Counsel of Record (via ECF)